TAGGARTS PAPER COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Eminent domain — constitutional law — appropriation by state of forest lands — adequacy of compensation — interest.*

*Taggarts Paper Co.* v. *State of New York*, 187 App. Div. 843, affirmed. (Argued January 27, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a decision of

the Court of Claims. The award was for the value of 7,118 acres of forest land in Herkimer county, belonging to claimant and. appropriated by the state and for consequential damages arising from such appropriation. The claimant insisted that the award was inadequate because the lands were appropriated by the state January 9, 1909, and the award is based upon their market value as of that date, and the state should have been required to pay interest upon the value of the lands taken and upon the consequential damage done to the remaining lands from January 9, 1909, to January 1, 1917, from which last date interest is allowed; because the claimant was not allowed to recover the necessary expenses to which it was put in establishing the value of said lands, including its costs, witness fees and expenses of necessary experts; and because of then existing valuable contract rights in relation to said lands afterwards assigned to the claimant, for which no award was made by the court. Plaintiff further contended that the denial of interest contravened both the Federal and State Constitutions.

*Adelbert Moot, William L. Marcy* and *Helen Z. M. Rodgers* for appellant.

*Charles D. Newton,* Attorney-General (*Adelbert F. Jenks* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.